# Court of Appeals
# of the State of Georgia

ATLANTA, __May 04, 2021__

*The Court of Appeals hereby passes the following order:*

## A21D0299. CHARLES GRIFFIN, JR. v. THE STATE.

On October 5, 2020, the trial court issued orders denying three motions filed by Charles Griffin, Jr.: a "pro se extraordinary motion for new trial," a "pro se motion for clerk of court case file, court records & transcripts," and a "pro se motion for 'cause' hearing (nunc pro tunc) orders of production and appearance." On March 11, 2021, Griffin filed this application for discretionary review.[1] We lack jurisdiction because the application is untimely.

To be timely, an application must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). As Griffin filed this application 157 days after entry of the orders at issue, the application is untimely and subject to dismissal. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012); see also *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith.").

In his application, Griffin seeks permission to file an out-of-time application. However, he is not entitled to such relief because he filed his application well beyond the application due date. See *In the Interest of B. R. F.*, 338 Ga. App. 762, 762 (791 SE2d 859) (2016) ("While this [C]ourt is authorized to grant an extension of time for the filing of an application for discretionary appeal, requests for extensions must be filed on or before the due date of the discretionary application. Otherwise, we lack the authority to grant the request.") (citation and punctuation omitted); Court of Appeals

---

[1] Griffin filed his application in the Supreme Court, which transferred it here.

Rule 31 (i) ("No extensions of time will be granted to file a discretionary application unless a motion for extension of time is filed on or before the application due date."). Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>05/04/2021</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*